# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

Criminal No. 8:06-cr-00015-T-

KETAN PATEL

I, KETAN PATEL, the above named defendant, who is accused of conspiracy to commit offenses against the United States, in violation of 18 U.S.C. § 371, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
KETAN PATEL
Defendant

_____
WILLIAM A. PEARSON
Counsel for Defendant

Before _____
                Judicial Officer

N:\_Criminal Cases\P\Patel_2003R01343\f_ketan waiver of indictment.wpd