UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

CASE NO. 8:06-cr-00015-T-26 MSS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DEVAN PATEL and KETAN PATEL,

      Defendant.

_____ /

### DEFENDANTS' POSITION WITH RESPECT TO SENTENCING FACTORS AND REQUEST FOR SENTENCES AT THE LOW END OF THE GUIDELINES' RANGE[1]

Defendants, Ketan Patel and Devan Patel, by and through undersigned counsel, file their position with respect to sentencing factors and request for sentences at the low end of the guidelines range, and, as follows:

### Ketan and Devan Patel's Position Regarding Pre-Sentence Report

Both Ketan and Devan Patel, through counsel, both have only one objection to the factual findings in Presentence Investigation Report, although the objection has no impact on the sentencing guidelines' range. Paragraph number 10 of the report indicates that the Patels realized approximately $75,000 to $80,000 in profits from their illegal activities.

---

[1] The advisory guideline range for both Devan and Ketan Patel has been calculated at 0-6 months incarceration. Pursuant to the plea agreement, the government has committed to recommend a sentence at the low end of the guidelines range, which is in essence a recommendation of probation. The government has also committed to file a 5K1.1 Motion based upon the Patels' substantial assistance in the arrest and prosecution of four other individuals.

It is the Patels' position that that figure should be $40,000 to $45,000 considering the fact that they were receiving only a thirty percent (30%) discount on the samples they purchased and, perhaps even more importantly, considering the fact that the final shipment of pharmaceuticals was seized by the Government before that shipment could be introduced into their inventory. The Patels lost their investment on the final shipment and obviously realized no profits therefrom.

### Ketan Patel's Background[2]

Before his actions in this case, Ketan Patel had never before been in trouble with the law. AUSA Tony Peluso[3] and FDA Special Agent Rande Matteson, met and spoke with Ketan Patel several times. AUSA Peluso and Agent Matteson would agree that Ketan Patel is a fine person who is the product of a very productive, law abiding family in which a good work ethic, values and education were not only encouraged, but demanded. But for this aberrant detour, Ketan Patel strictly followed the "straight and narrow" path laid out and adhered to by his family both before the incident and on the almost three years since the case concluded.

### Devan Patel's Background[4]

Like his adoptive brother, Devan Patel has never before been in trouble with the law prior to his actions in this case. AUSA Peluso and Special Agent Matteson, met and

---

[2] Ketan Patel's background is detailed extensively in the Pre-Sentence Report and needs not be repeated in this memorandum.

[3] AUSA Tony Peluso was the prosecutor originally assigned to this matter. AUSA Peluso left the United States Attorney's Office just prior to the entry of the guilty plea in this matter but was intimately involved in the negotiations leading up to the pleas as well as the cooperation efforts and results of the Patels cooperation efforts.

[4] Devan Patel's background is detailed extensively in the Pre-Sentence Investigation Report and need not be repeated in this memorandum.

SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

spoke with Devan Patel several times as well. Both AUSA Peluso and Agent Matteson would readily agree that Devan Patel is also a fine person who is the product of a very productive, law abiding family in which a good work ethic, values and education were not only encouraged, but demanded. But for this aberrant detour, Devan Patel has also strictly followed the "straight and narrow" path laid out and adhered to by his family. He has likewise been a model citizen before the conduct began in early 2002 and since it was completed in July of 2003.

Their problems began in October 2000, when Ketan Patel and Devan Patel started up their own pharmacy in Longboat Key, Florida. From the beginning, the Patels had financial problems. Between the high costs of medication, low profit margins, stiff competition, and large franchise expenses, they found themselves financially strapped and struggled terribly. Within eighteen (18) months, they were desperately trying to save their pharmacy. It was at this point in the life of their business that they were introduced to a someone who offered them the opportunity to buy prescription medications at a thirty percent (30%). Without considering the fact that the offer was probably too good to be legal, the Patels jumped at the chance. The Patels soon learned that the medications they were to be purchasing at the discount rates were pharmaceutical "samples," which they both knew as pharmacists were illegal to purchase and distribute.

To convince themselves that their conduct was not really criminal, but more of a cost-cutting measure, the Patels concluded that they could safely re-distribute samples if they were provided with lot numbers and expiration dates. That way they could assure themselves that the medication had been unadulterated. Once the Patels actually

purchased the samples, they meticulously inspected the samples for defects and possible counterfeiting. Their patients were never exposed to counterfeit or defective medication of any type.[5]

The Patels sole motivation in purchasing and re-distributing samples was to increase the pharmacy's revenues without putting any patients at risk. Clearly, no patients were at risk, but after all of their illegal activities, their profits were minimal. As mentioned above, the Patels spent a total of $120,000 purchasing samples, spent a year introducing the medications into their inventory, but generated only $45,000.00 in profits. The final and largest shipment of samples was seized, which led to their ultimate prosecution. Obviously, the Patels lost the money they expended on the last shipment and realized no profits.

The criminal conduct outlined in the Presentence Investigation Report evidences an obvious lack of sophistication in the type of crime the Patels chose to commit. Their inexperience was accentuated when Devan Patel mailed the last package of samples to be repackaged to "Ketan Patel" at his actual home address.

### The Patels' Cooperation

From the beginning, once they were represented by counsel, the Patels were proactive in solving their criminal problems and cooperating with the Government. Even prior to the formal involvement of the U.S. Attorney's Office, they began working through counsel with Special Agent Matteson with the full awareness of AUSA Peluso

---

[5] The United States government and the FDA have verified that the Patels never purchased or redistributed any counterfeit or defective medications or any controlled medications during the course of this matter.

SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

and the United States Attorney's Office in New Jersey, the district where the sources of the sample pharmaceuticals originated. The Patels admitted the error of their ways and offered the Government their full cooperation.

Because time was of the essence for both the Patels and the Government, and in the best interests of both, the Patels agreed to cooperate fully, prior to the filing of any formal charges. In that regard, the Patels met with Agent Matteson and others on numerous occasions to make sure that all the details of their prior contact with the source of the sample medication, as well as any future contact, was thoroughly developed so that everything going forward would run smoothly.

At the joint suggestion of the undersigned and AUSA Peluso, the Patels also agreed without hesitation to have their pharmacy inventoried so as to confirm that no samples remained on their shelves. The Patels accommodated the agents at any day and time in order to make sure the plans for a meeting with their source of the samples, were being conducted properly. Devan Patel took on a greater role in the cooperation only because of Ketan Patel's heart-wrenching and extremely time-consuming family situation (discussed below). At law enforcement's direction, Devan Patel had multiple tape recorded conversations with the Patels' source. Devan's cooperation, as it turned out and through no fault of his own, went above and beyond the usual requests from law enforcement. At one critical point, prior to the arrest of the sources of the samples, through a logistical mix up, Devan Patel not only had his life placed at risk by the source with whom he was meeting in an undercover capacity, but he was able to salvage evidence that was at risk of being destroyed. Devan Patel was able to salvage the entire

-5-

CASE NO. 8:06-cr-00015-T-26 MSS

investigation by securing the evidence. The Patels' cooperation resulted in the arrest of the sources (from individuals) of the sample medication and several others. In short, based upon the Patels' cooperation, the investigation was successfully concluded. Thereafter, the sources themselves cooperated against their sources.

The government has committed, as a result of the cooperation of the Patels, to file Motions for Substantial Assistance in accordance with 5K1.1 of the Sentencing Guidelines.

### The Patels' Family Issues

Ketan Patel and his family were unexpectedly and unfortunately faced with a child that was born with multiple, persistent and undiagnosed health problems. She is four (4) years-old and since birth has been under the constant care of ten (10) different physicians. Not a single doctors has been able to accurately or completely diagnose her health conditions. She currently attends physical, occupational, and speech therapy every week. Ketan Patel must continue to work so that he can maintain his health insurance for his family and pay for the continued treatment of his daughter. The loss of his health insurance would spell disaster for his family and, in particular, his daughter.

Devan Patel experienced some highs and lows in the course of the events described above. Thankfully, Devan Patel's personal situation did not suffer on a level as severe as Ketan Patel's. Devan Patel was married on July 5, 2003 in Dallas, Texas. A few months later, however, his father-in-law suffered a major heart attack and was treated in the intensive care unit for more than a month. Devan Patel traveled extensively to help his father-in-law recover and, furthermore, worked constantly to help defer or pay the

-6-

-7-

major medical expenses not covered by his father-in-law's health insurance. Devan Patel has had to keep his pharmacy license active in order to support his family.

### The Patels' Unmitigated Remorse

Ketan Patel and Devan Patel came forward before the Court and admitted their criminal conduct immediately and without hesitation. They have tremendous guilt about what they did and are genuinely remorseful about having engaged in any unlawful behavior.

Both also cooperated without hesitation. They went above and beyond that normally required by anyone in their predicament seeking to help themselves. The parties strongly agree that they will make every effort to avoid such illegal and dishonest conduct ever again. They have demonstrated their ability to remain crime free during the almost three years this matter has been pending.

Devan Patel and Ketan Patel realize that their wanting to take the easiest path was a terrible decision that cost them dearly. In the time it took to agree to resell "samples," they lost the confidence of their parents and family members, something which took a lifetime to earn. They put their entire family in financial jeopardy. They recognize that all the hard work they put into earning their pharmacy degrees and establishing their pharmacy has evaporated in an instant. These are two very hard working, honest men. They are well-intended and have good values. Ketan Patel and Devan Patel are not criminals although they did commit a crime. They are looking for a second chance in life.

Their plea to a felony has already had a devastating impact on their chosen careers

SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

CASE NO. 8:06-cr-00015-T-26 MSS

as pharmacists.  Since suspension is not a likely scenario based upon the conduct in this case, their careers in pharmacy will soon be over and their families will be without the resources to pay for the medical expenses each currently bears.

### Conclusion

Attached to this sentencing memorandum are many character letters received by counsel for submission to the Court for consideration at sentencing.  Each letter bears heart-felt sentiments towards both Ketan Patel and Devan Patel, who are respected and admired by family and friends.

Ketan Patel and Devan Patel respectfully request that this Honorable Court accept the recommendation of the Government and grant the 5K1.1 motion and thereafter, based upon the foregoing, as well as arguments of counsel at sentencing, sentence both Ketan Patel and Devan Patel to a sentence recommended by the parties, a sentence at the low end of the guidelines range, which is a sentence of probation.

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Patels
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131
Telephone:  (305) 358-6300
Facsimile:  (305) 381-9982

By: _____
William M. Pearson
Florida Bar No. 455253
wpearson@shutts-law.com

CASE NO. 8:06-cr-00015-T-26 MSS

-9-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand-delivered this 3rd day of May, 2006 to:

AUSA Colleen Murphy Davis
United States Attorney's Office
400 North Tampa Street
Suite 3200
Tampa, Florida 33602

Terry Heath, U.S. Probation Officer
United States Probation Office
Middle District of Florida
501 E. Polk Street
Suite 900
Tampa, Florida 33602

_____
William M. Pearson

MIADOCS 877229 2

SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

Arvind & Jyotsna Patel
3351 S.E. Pine Avenue
Ocala, FL  34471
(352) 207-5968

January 21, 2006

To Whom It May Concern:

We are writing this letter on behalf of our sons, Ketan and Devan Patel.  We want to convey to you that both of these men are very caring individuals with a strong sense of ethics who made a single, foolish mistake that they regret and feel deeply sorry for.  As parents, we would like to share our insight regarding their upbringing, their values, and their roles as sons, brothers, spouses, and father.

Ketan and his older brother, Pankaj, are our biological nephews whom we adopted from India.  Our intention in doing so was to provide them with a better standard of living and to enable them with the ability to change their destiny through education and access to opportunities.  Although it was extremely challenging in many aspects, we helped Ketan and Pankaj learn English and become acclimated to their new lives in the United States.  For Ketan, especially, the transition from his native country to the U.S. was relatively difficult due to the emotional turmoil of leaving his parents behind.  Fortunately, both brothers became well accustomed to the culture in which we resided and spent the years that followed working very hard to accomplish the goal of receiving a college degree.  Ketan assumed the responsibility of working while in high school and college in order to supplement the family income.  His innate sense of family loyalty and responsibility have always been a strong point.  Ketan is a very generous person that has always placed the needs of others ahead of his.  In short, he is always quick to make personal sacrifices for the benefit of others.  Ketan's diligence and perseverance are what enabled him to become a pharmacist.

After graduation, he married his college sweetheart, Tiku, who tragically died in an automobile accident just months after their wedding.  Tiku's death left Ketan utterly devastated.  Ketan met his second wife, Simul, a few years later and remarried.  Their dreams of having a child came to fruition with the birth of their daughter, Mahima.  Tragically, Mahima was born as a severely disabled child with a rare neurological disorder which has left her permanently brain damaged.  She is not able to speak, eat, or comprehend and her motor skills are severely impaired.  At times, it seems as if she is in a vegetative state.  Needless to say, Mahima requires constant care and attention.  Despite this, Ketan and his wife have been absolutely loving and caring parents.  They have struggled to find answers to their daughter's disability only to be left with more questions.  Financially, it has been a great difficulty for Ketan to provide for his mentally retarded child since she requires such highly specialized care.  More importantly, both Ketan and Simul continue to work long hours at home and their respective workplaces in order to give Mahima the very best emotional support and medical care possible.  Ketan's wife and daughter are heavily emotionally and financially dependent upon Ketan for their welfare.

Devan is our youngest child who possesses a great sense of optimism and charisma.  He exuberates an aura of passion and benevolence in all that he does.  However, the journey to becoming a pharmacist was not an easy one as he had to deal with various personal obstacles.  At an early age, our son was diagnosed with ulcerative colitis.  This painful gastrointestinal disease left Devan with a lot of physical and emotional scarring that to this day continues to persist.  Many simple daily activities of

living have been a hardship that Devan has managed to overcome with great determination and courage. He has not allowed his illness to limit his capabilities. Instead, Devan's condition has made him more sympathetic and understanding of his patient's ailments. Like Ketan, he also selflessly assumed the responsibilities of balancing his school work with contributing to the family income.

Devan has a strong work ethic and leadership qualities that have served as examples to other members of our family as well as the community. Throughout his high school and college years, Devan has devoted a lot of his time and energy to efforts that benefit the community. Most of his focus has been on religious and cultural organizations. Both Devan and Ketan have devoted countless hours of service to our Hindu temple and to community service work in the Indian community. They have also held roles in local civic organizations in the larger society. Upon graduating pharmacy school, Devan envisioned a practice mode that incorporated efficient and impeccable patient care. This vision is what led to the fruition of the independent pharmacy that Devan and Ketan co-owned. Devan recently got married and has been trying to start a family with his wife.

Devan and Ketan are intelligent and loving individuals who made a terrible mistake. We are immensely shocked and disappointed at their decision to buy and sell prescription drug samples. We know that they are ashamed and remorseful of their wrongdoing and have vowed that they will never commit such an act again. Although they were motivated by monetary incentives, they meant no harm or ill consequences upon the patients that they served. Aside from this specific wrongdoing, Devan and Ketan have led an exemplary lifestyle. The society and community in which they reside depend tremendously on their personal and professional contributions. Furthermore, their family is highly dependant on their presence not only financially, but more importantly, on an emotional level for support. Their absence would mean utter demise to the existence of their families. Despite their horrible mistake, we are very proud of Devan and Ketan's personal and professional accomplishments and consider ourselves blessed to have them as part of our family.

Sincerely,

Arvind B. Patel, M.S.
*Chemical Engineer for Lockheed Martin 1972-2002*
*Owner and Manager for Sunday's Motel 1987-present*

Jyotsna A. Patel
*Assembly Line Worker for Lockheed Martin*
*1986-present*

January 23, 2006

To Whom It May Concern:

As members of the health care profession, we understand the importance of honesty, compassion, and ethics in our respective careers. As an optometric physician and registered dietician, we are committed to the health and safety of the general public and have vowed to maintain this sacred relationship. That said, we are absolutely shocked and deeply saddened with the wrongdoing of our brothers, Devan and Ketan Patel. Please know that Devan and Ketan are genuine individuals that have always obtained the respect of their family, friends, patients, and professional colleagues. Although they were disillusioned by an idea to quickly obtain monetary wealth, they have never relinquished their roles as valuable members of the health care profession.

When we recollect our childhood and upbringing, we vividly remember very fond memories of our family. As children, our role models were our parents and grandparents who fought through their destitute and poverty stricken lives in India to come to America. Our father surpassed all expectations to become the only one in his family to have received an advanced college degree. He came to this country for his masters in engineering degree and set the path for his children to follow in. Needless to say, our educational choices were the direct influence of our father who always emphasized the importance of hard work and education. Both of our parents carried a strong desire for their children to succeed and fought endless personal battles to provide for their family to the best extent possible.

Faith based activities were a large part of our lives and to this day still remains so. Attending our Hindu temple and participating in religious, cultural, and community based service projects is an integral part of our lives. As siblings, we share the common interest and desire to help those that are less fortunate or lack resources necessary to sustain a healthy lifestyle. This similarity is what led us all to pursue a career in the medical profession. As an optometrist, dietician, gastroenterologist, and two pharmacists, it is evident that we have made sacrifices to devote our lives to helping others.

We care about our brothers fiercely. It is this love and strong bond that allows us to stand as a testament to their moral character. Devan and Ketan are responsible, loving, and benevolent individuals that are committed to serving their patients. They typically work over sixty strenuous hour weeks and still make time for their family, friends, and community. In fact, as caring and compassionate individuals, we would completely entrust the care of our children to them. Our brothers may not have made the right choice in purchasing prescription samples, but they deeply regret making such a rash decision. Our parents have always taught them to be men of faith and honor. We believe that their action is completely out of character. We realize that they have committed a wrongdoing and pray that they are forgiven. Additionally, we sympathize with the individuals that have been directly affected by their actions and hope that they too can forgive Devan and Ketan.

Our brothers are genuine, extremely hard working, and responsible individuals. We wholeheartedly stand by our brothers. Both Devan and Ketan have suffered from many personal hardships and struggles that they have had to endure to reach this point in their lives. The old adage that God tests the greatest of men is true when we look at the lives that our brothers have had to lead to this point. We believe they deserve forgiveness for they bear tremendous responsibilities to their family, community, and the medical profession.


Sincerest Regards,

Sangita Patel Vadapalli, O.D.

Binita A. Patel, R.D., L.D.

3801 Sugar Palm Drive
Tampa, Florida 33619
(813) 620-1139 ext 280

19 January 2006

To Whom It May Concern:

I have known Ketan Patel for a number of years now both as a pharmacist and as a friend.

I can confirm that he is a man of great integrity, he is not only extremely dedicated to his family and work, he is extremely dedicated to the well being of people in general. He is always willing to go the extra mile to help people and offer his advice any time it is sought out.

Furthermore I have had the great privilege of knowing Mr. Patel personally. Mr. Patel and I have gone golfing on a number of occasions and his integrity stands out the most in my mind. He is one of the most fair and honest people I know.

For your information, I am Lawrence Selph and I have been involved in the grocery business for the last 40 some odd years. I have extensive experience in dealing with people and judging their character. IT is with all 40 years on my experience that I write on behalf of Mr Patel at this time.

If you have any other questions or need any further information, don't hesitate to give me a call.

Sincerely,

L. Lawrence Selph
DSD Buyer Coordinator
Sweetbay Supermarkets

700 East Twiggs Street, 4th Floor
Tampa, Florida 33672-0910
(813) 277-1495

19 January 2006

To Whom It May Concern:

I am writing this letter in support of Mr. Ketan Patel. I have known Mr. Patel for a number of years now and in that time have had the privilege of getting to know Mr. Patel not only as a businessman but also as a person in general.

Mr. Patel is a fine upstanding individual. He is always courteous and eager to help. He is willing to take time away from his busy schedule at any time to go the extra mile and make people feel important. That is not the kind of service one would expect from today's market, but it is the type of service Mr. Patel delivers and it is a reflection on the type of person Mr. Patel is.

For your information, I am Brandon Selph. I have been an attorney with the Office of the Public Defender in Hillsborough County Florida for the past year and a half. Through my job and experience I have come to be what I consider an excellent judge of character. It is with my training and experience that I write to you today in support of Mr. Patel.

If you need any other information or have any questions, please do not hesitate to give me a call,

Yours faithfully,

Brandon L. Selph, Esq.
Assistant Public Defender
13th Judicial Circuit

To whom it may concern:

I have had the rare opportunity to know Katan Patel as first my Pharmacist and also my friend for several years. I find him very dependable, true to his word and extremely honest. He has given my family and I a wealth of information regarding our health and it's disease processes, which also being in the medical field, I truly appreciate.

I have always found Katan to be dependable and reliable. I have never once called with a question that he hasn't helped with or turned us in the right direction for assistance. Any problems that we have had regarding other Pharmacists, he has dealt with immediately to resolve any issues. He leaves nothing unturned.

He is kind, mannerly and always serves with a smile! I have never seen Katan turn any customer away whether it be at closing or first thing in the morning. He's the person you look forward to seeing when your ill! There is always a warm greeting and a friendly face.

Sincerely,

Donna Della Pia

To whom it may concern,

I have known Ketan Patel for two years as my pharmacist and he has been nothing short of very professional and helpful to my family and myself. We hold him in the highest regard. If you have any further questions of me, please feel free to call me at 813-655-7960.

James H. Van Cleve

January 10th, 2006

To whom it may concern:

I am writing you this letter to discuss my relationship with Devan Arvind Patel. Devan has been a friend of mine since June 2005 when he became my roommate in college. Devan came to Florida A&M University as my roommate from a recommendation from his brother who was my roommate prior to that so I had no reservations since his brother Ketan Patel was a wonderful mentor for me during my hard times in pharmacy school. Devan lived with me during his undergraduate years and some of the time during his pharmacy school years as well. Devan and I became very close friends right off the bat, as I was 2 years ahead of him I was in a very intense time of pharmacy school and very stressed out. Devan was just out of high school yet he seemed many years ahead as his maturity really shined. As his brother was a great mentor for me, I thought I would be the same for him but it seemed the opposite. Devan took care of me like an older brother does for his younger brother. Rather than doing what most 18 year olds do when they come to college and party every day, Devan, being a freshman had more time on his hands always kept the apartment clean, cooked for all the roommates and just helped us get through a rough pharmacy school year. That, to me is a direct reflection of how he was raised by his parents and the great values and morals they imbedded in him at such an early age. From 1995 forward Devan was there for me as a friend and brother anytime I needed him. In my mind there is no one else that I could go to if I were in a bind for relationship issues or even financial issues that would either give me the advice that I needed to stride on or even help me with finances like Devan, I knew I could always trust him.

After Devan became a pharmacist in the summer of 2001 it was to no surprise to me that he was graduating with honors. From a professional side, Devan showed great leadership skills throughout his pharmacy school days and into starting the profession as well. Both he and his brother maintained a very active role from members up to President of their local pharmacist chapters in Tampa, FL. Devan felt giving back to the community was key to being a great pharmacist. He showed this in many ways from giving weekly lectures on disease state management to the community on Long Boat Key to delivering the medications ordered by more elderly patients that had a hard time getting to and from their local pharmacy. This type of professionalism and empathy to patients is unheard of in our profession any longer, I remember our professors talking about this type of role back in the 1970's and prior. I am very proud of how great a pharmacist Devan had developed into again at such an early time in his professional career. I think if given the opportunity to continue with community pharmacy Devan will continue to be a great role model to future pharmacists to come.

With the great values, morals, trust, and professionalism that Devan has presented to me, it is very hard to say anything less than, I feel honored to have him as a friend and a fellow pharmacist. If there are any questions that I could answer for you on Devan's behalf as a character please feel free to contact me anytime.

Sincerely yours,

Rushab Choksi, PharmD


Rushab Choksi, PharmD
Regional Scientific Manager
Novartis Pharmaceuticals
3663 Marbon Rd
Jacksonville, FL 32223
(904)234-0911
rushab@hotmail.com



**KELLER WILLIAMS** ®
REALTY

24 Jan 2006

From: Timothy B Vanek
16321 Bridgeglade Ln
Lithia, FL 33547

To: All Concerned

Subject: Devan Patel

I have had the opportunity to meet Devan Patel back in 2003 while working for Century 21 Realty in Riverview, FL. Since meeting Devan, I always found him to be extremely professional on and off the job. He always displays a positive and friendly attitude and shows professional concern for his quality of work when dealing with customers. During several meetings with Devan at Kash n' Karry Pharmacy, I noticed genuineness in dealing with his customers that promotes trust, respect and friendship.

I served in the United States Air Force (USAF) for over 22 years. As a military trainer for 10 years, I can sincerely say that I am impressed with his professional demeanor and caring attitude for not only his customers, but everyone he meets. I have met just a few individuals that I would call a friend since my retirement in 1999 from the USAF. I consider myself a professional with high ethical standards and seek the same traits in those I confide in. My friendship with Devan has developed because of his high professional qualities and traits.

I consider Devan a good friend and would recommend him 100% in all that he pursues.

Respectfully,

Timothy B Vanek, USAF Ret
Keller Williams Realty

Keller Williams Realty of Brandon
2119 W. Brandon Blvd - Suite A, Brandon, Fl 33511
Phone: 813-684-9500 Fax: 813-684-8400
Each Office is Independently Owned and Operated

Tuesday, January 10, 2006

To whom it may concern:

Re: Character Reference – Devan Patel

Having to know Devan Patel on a personal level puts me in a great position to provide you with a pretty accurate assessment of his character.   I have known Devan as a member of the temple, roommate and friend for over 20 years.

I first met Devan at our temple's weekly congregations. We were both were very young and became acquainted through a number of common temple projects that we volunteered for over the years. As a member of the temple, Devan is a hard-worker, who is highly committed to his volunteer projects. I believe that his excellent leadership will attest to that fact.  By the time we were in middle school, we had become such good friends that we both decided to volunteer on a summer trip organized by the temple to the state of Gujarat India.  In India, I really got a chance to observe is caring nature.  Devan's particular zeal and optimistic character helped me considerably during the trip.

As a roommate, Devan was a great choice. He was a very neat and organized friend that enjoyed keeping our apartment tidy at all times.  He was always respectful of my space. I really enjoyed his cooking particularly his authentic Mexican food. As a friend, Devan is a standout. He is a loyal, honest, considerate, and supportive individual who has the ability to see and understand things from another person's perspective. He is a great direct communicator and knows how to raise and discuss common living issues and problems in a non-threatening manner. He is hypersensitive and is always tuned into how another person might "feel" in a given situation. On the other hand, he enjoyed having fun too. During our years as roommates we maintained an ongoing friendly rivalry on the tennis courts.

To tell the truth, I really can't think of anything of consequence on the negative side of the personality ledger when it comes to Devan. In summary, I would have to say that Devan Patel is a fine, well-balanced person with an abundance of positive qualities.

Sincerely,

Dharmdev Trivedi
IT Consultant
CFO-Services an Accretive Solutions Company

Thomas A. Duch
3302 Twin Rivers Trail
Parrish, Florida 34219
January 16, 2006

To Whom it May Concern,

I am a pharmacist with over 20 years of experience in the profession of pharmacy and have worked professionally with Devan Patel on a daily basis for over two years. I have worked with many pharmacists and other health care professionals over the years and regard Devan as one of the finest if not the best pharmacist I have had the pleasure to work with in serving the community of Ruskin, Florida.

Devan has always performed his pharmaceutical duties to the highest professional standards while showing true compassion to the patients we serve. I have witnessed him go above and beyond his duties to make sure a patient gets the medications they need. When an elderly home bound woman had no means of picking up her prescription, he went out of his way after work to personally deliver her medication at his own expense. When insurance companies refuse to pay for certain medications, he goes to great lengths to find a solution so that the patient can get the medication they need. Devan always tries and usually succeeds in getting what the patient needs for their health circumstances. Devan's ability and willingness to help patients make him an outstanding pharmacist. It would be tragic to our Ruskin community and the pharmacy profession to lose him.

In April 2005 after the death of my father, I stepped down as pharmacist in charge at our pharmacy. Devan accepted the position and has performed the duties to the highest ethical standards that the Board of Pharmacy requires. Devan has made sure that the pharmacy is in compliance with all statutes on the state and federal level. The pharmacy could not be in better hands with Devan Patel in charge.

In conclusion, please show compassion towards Devan. He is a caring person that the pharmacy profession needs now and for the years ahead.

Sincerely,

Thomas A. Duch, Rph

**Deutsche Bank**

Deutsche Bank Securities Inc.
Global Corporate Finance
60 Wall Street
New York, NY 10005-2858

January 19, 2006

To Whom It May Concern:

Re: Devan Patel, Character Reference

There are undoubtedly lessons to be learned through each experience we have faced along the path of life. When I think of the lessons learned in my own life and what will eventually make me a stronger person I often think of Devan Patel. I have had the opportunity to be close friends with Devan for nearly 20 years. Our friendship originated in our early childhood, and has constantly grown, even outside of social occasions, through our vast experiences together in school, church, and community service.

Over the time that I have known Devan, the one defining trait that stands out is the ability to learn from his experiences. Devan's upbringing, including his religious beliefs and sense of community services, have been the positive shaping experiences. Though I could list more than a dozen stories regarding the positive attributes of Devan's character, I've highlighted two examples below.

- While growing up, Devan and I attended church on a weekly basis and twice a year would attend religious "camp" together. Values learned through these experiences, such as discipline and self-sufficiency, were ingrained in Devan not only in his childhood, but throughout his life. I remember often times that as other teenagers "partied" through high school and college, Devan made it clear that his religious beliefs and upbringing took precedent. Specifically, this meant taking a vow of abstinence from alcohol, meat, and smoking. Futhermore, realizing the struggle his own parents went through to raise five kids in a new country, Devan worked through both high school and college to pay for his own education.

- Devan's sense of responsibility transcends beyond his own self. This character trait is demonstrated by his service to others in his own community and beyond. One specific example that I recall is when he *volunteered* for an entire summer away from home at a non-profit faith-based heritage festival. Devan's summer assignment was to work in the kitchen from 9AM to 9PM and assist in the cooking of meals for over 3,000 visitors a day seven days a week. This was not the "glorious" position that most college students prefer to take over an entire

**Deutsche Bank** ◪

summer, but Devan's sense of responsibility did not deter him. His community service continues to be as strong today as it was when he was younger. For example, after Hurricane Katrina hit, Devan used a portion of his limited vacation time to assist with relief efforts while visiting family in Texas. Specifically, this assistance included the active collection of potable water, food, and clothes for victims, and subsequently loading supplies on moving trucks for delivery.

In my career as an Investment Banker, I have closely interacted with influential business and civic leaders of prestigious and powerful companies across the United States. Through these discussions, I have realized and been told there are several differentiating qualities that make an individual succeed, including *service, ambition, dedication, and accountability*. I believe the right balance of these elements combined with some fortunate timing can lead to success in life both in a social and professional standpoint. Much like what makes a successful business leader gain his/her position, I've always felt Devan has had the qualities of *service, vision and ambition*. It is also clear that over the past two years, Devan has also learned *accountability* for any lapse in judgment he may have had. In knowing Devan the extensive time that I have, I am confident his experiences, good and bad, will continue to shape him to be an even stronger business leader and family man in the future.

Sincerely,

*[signature]*

Amish R. Barot
Vice President
Deutsche Bank Securities, Inc.